# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:20-cv-00521 ) |
| v. | ) ) |
| OUTOKUMPU STAINLESS USA, LLC | ) ) |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant Outokumpu Stainless USA, LLC hereby move this Honorable Court for approval and entry of the attached Consent Decree. In support of their Joint Motion, the EEOC and Defendant state as follows:

1. The EEOC and Defendant have negotiated the attached Consent Decree as a resolution of the EEOC's claims in the above-captioned case. (Exhibit 1).

2. The EEOC and Defendant believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The EEOC and Defendant believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of this Consent Decree will be in the best interest of the parties, those for whom the EEOC seeks relief, and the public.

Date: December 1, 2022

Respectfully submitted,

MARSHA RUCKER
Regional Attorney

Gerald Miller
Assistant Regional Attorney

*/s/ Gina Pearson*
GINA PEARSON
Trial Attorney
(AL Bar No: ASB-3971-H61G)
(205) 651-7049
gina.pearson@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
Telephone: (205) 651-7049
*Attorneys for Plaintiff*

*/s/Kathryn M. Willis*
Kathryn M. Willis
Burr & Forman, LLP
Post Office Box 2287
Mobile, AL  36652
kwillis@burr.com
(filed with permission)

Devin Clark Dolive
Burr & Forman, LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
ddolive@burr.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022, I filed the foregoing Joint Motion for Entry of Consent Decree with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record:

/s/ Gina Pearson
Gina Pearson
Attorney for Plaintiff