IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 20-00521-KD-B ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) ) ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on the parties' Joint Motion for Entry of Consent Decree (doc. 84), brief in support filed by the Equal Employment Opportunity Commission (doc. 87) and Notice Regarding Consent Decree filed by Outokumpu Stainless USA, LLC (doc. 88). The parties state that they have negotiated the Consent Decree as a resolution of the EEOC's claims in this action.

Upon consideration, and for the reasons set forth in the Joint Motion and the brief in support, the Court finds that the terms of the Consent Decree are a fair, reasonable, adequate, and equitable resolution of the claims and that the terms of the injunctive relief are reasonably detailed, well-defined, specific, and not against the public interest. Accordingly, the Joint Motion is GRANTED.

The Consent Decree shall be entered by separate document.

DONE and ORDERED this the 19th day of December 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE